# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re:                                  )
                                        )
BRANDON MICHAEL BURRIER    )    AP No.:  09cv00002-AP
DENON ARAE KUNTZELMAN      )
A.K.A. DENON ARAE               )
BURRIER-KUNTZELMAN,           )    Bankruptcy No.: 07-11337-SBB
Debtors,                              )
                                        )
WELLS FARGO BANK, N.A.,       )
Appellant,                           )
                                        )

### ORDER GRANTING WELLS FARGO BANK, N.A.'S MOTION TO PLACE APPEAL IN SUSPENSE PENDING RULING ON WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM ORDER

This matter is before the Court on Wells Fargo's Motion To Place Appeal in Suspense Pending Ruling on Wells Fargo Bank, N.A.'s Motion for Relief from Order in the United States Bankruptcy Court for the District of Colorado. The Court having considered the matter hereby:

GRANTS Wells Fargo Bank, N.A.'s Motion to Place Appeal in Suspense Pending Ruling on Wells Fargo Bank, N.A.'s Motion for Relief From Order;

THE COURT FURTHER ORDERS that all applicable appeal deadlines also be placed in suspense pending a ruling on Wells Fargo Bank, N.A.'s Motion for Relief from Order Entered December 22, 2008 Entitled: Memorandum Opinion and Order Denying Wells Fargo Bank, N.A.'s Motion for Court to Enforce Terms of Stipulation and For Relief From the Automatic Stay.

DATED    February 9, 2009

BY THE COURT:

_Sid Brooks_____
Sidney B. Brooks,
United States Bankruptcy Judge