# UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRANDON MICHAEL BURRIER | ) | AP No.: 09cv00002-AP |
| DENON ARAE KUNTZELMAN | ) | |
| A.K.A. DENON ARAE | ) | |
| BURRIER-KUNTZELMAN, | ) | Bankruptcy No.: 07-11337-SBB |
| Debtors, | ) | |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| Appellant, | ) | |
| | ) | |

## ORDER GRANTING APPELLANT'S MOTION TO DISMISS APPEAL

This matter is before the Court on Wells Fargo's Motion to Dismiss Appeal. The Court having considered the matter hereby:

FINDS that sufficient grounds have been stated to dismiss the above-captioned Appeal, as the issues appealed are now moot based upon the Court's April 4, 2009 Memorandum Opinion and Order Granting Wells Fargo Bank's Motion for Relief from Order Entered December 22, 2008 (Docket #123).

The Court further ORDERS that Wells Fargo Bank, N.A.'s Appeal is dismissed.

DATED   May 1, 2009

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge